UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA MITCHELL YOUNG,

    Plaintiff,

v.                                                    Case No.  8:21-cv-389-WFJ-TGW

PAUL BAILEY,
TIMOTHY CERASOLI, and
MAJOR S. JENKINS,

    Defendants.
_____/

## ORDER

An earlier order directed the United States Marshal to proceed with service of process by certified mail on Defendants Paul Bailey, Timothy Cerasoli, and Major S. Jenkins. (Doc. 28)  Because service of process by certified mail did not result in a waiver of personal service, the United States Marshal shall proceed with **PERSONAL SERVICE** on the defendants.

Accordingly, the Clerk must issue a summons for Defendants Paul Bailey, Timothy Cerasoli, and Major S. Jenkins.  The United States Marshal shall personally serve the defendants as follows:

1. Not later than **THIRTY (30) DAYS** from the date of this order, the United States Marshal shall serve, **BY PERSONAL SERVICE**, a copy of the civil rights complaint and summons upon Defendants Paul Bailey, Timothy Cerasoli, and Major S. Jenkins.

2. If personal service is not successful, then as *Richardson v. Johnson*, 598 F.3d 734, 739-740 (11th Cir. 2010), instructs, **the United States Marshal should use "reasonable efforts" to locate and serve Defendants Paul Bailey, Timothy Cerasoli, and Major S. Jenkins if Plaintiff has provided enough information to do so**. If personal service is not successful, the United States Marshal shall file a report, along with the return of service, that details the reasonable efforts used to attempt to locate and serve the defendants.

3. Within **THIRTY (30) days** after effecting personal service, the United States Marshal shall file the return of service.

4. Defendants Paul Bailey, Timothy Cerasoli, and Major S. Jenkins are responsible for the costs of service as required by Rule 4(d)(2), Federal Rules of Civil Procedure.

5. A defendant who is personally served has **TWENTY (20) DAYS** from the date of service of process to answer or otherwise respond to the complaint.

**DONE** and **ORDERED** in Tampa, Florida on August 15, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE